GATES et al,
*Respondents,*
*v.*
HORNING,
*Appellant,*

(No. 77-7-31, CA 19904)

637 P2d 940

James R. Cartwright, Portland, argued the cause and filed the briefs for appellant.

Thomas K. Wolf, Tualatin, argued the cause and filed the brief for respondents.

Before Richardson, Presiding Judge, and Thornton and Van Hoomissen, Judges.

PER CURIAM.

**PER CURIAM.**

The issue presented in this appeal is the meaning of the term "transfer" in a confession of judgment executed by defendant and his late wife.

Defendant argues that the deed to his new wife did not constitute a "transfer." We disagree.

*W.T. Rawleigh Co. v. McCoy,* 96 Or 474, 190 P 311 (1920); *Hammond v. Oregon etc. R.R. Co.,* 117 Or 244, 243 P 767, *cert den* 273 US 707.

Affirmed.